IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Barry Wyche                    CHAPTER 13

       DEBTOR(S)                     BANKRUPTCY NO: 19-15666

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on December 14, 2021, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: January 4, 2022                             /s/ Margolis Edelstein
                                                         Margolis Edelstein
                                                         100 Century Parkway, Suite 200
                                                         Mt. Laurel, NJ 08054